| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Rabin J. Pournazarian 186735**<br>**6345 Balboa Blvd. Suite 247**<br>**Encino, CA 91316**<br>**818-995-4540 Fax: 818-995-9277**<br>**186735 CA**<br>**rabin@pricelawgroup.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Emily Catherine Holzer**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 3/06/2020    Emily Catherine Holzer    *Emily Holzer*
                   Printed name of Debtor 1   Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                           F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                                               Printed name of Debtor 2          Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                            Page 2                   F 1002-1.EMP.INCOME.DEC





Employee Pay Checks

EmCentrix, Inc.
Edner, Emily
4658 Tampa Ave, Tarzana, CA 91356

| Client ID: | | | | | Check Number: | 1110 | | Start Period: | 2/1/2020 |
|---|---|---|---|---|---|---|---|---|---|
| Employee ID: | HOLE4843 | | | | Check Date: | 2/20/2020 | | End Period: | 2/15/2020 |
| SSN: | ****-**-4843 | | | | | | | | |

### Earnings

| Description | Rate | Hours | Current | Total Hours | YTD |
|---|---|---|---|---|---|
| Hourly | $18.00 | 30.87 | $555.66 | 30.87 | $555.66 |
| Total: | | $0.00 | $555.66 | 30.87 | $555.66 |

### Non-Taxable Earnings

| Description | Current | YTD |
|---|---|---|
| Total: | $0.00 | $0.00 |

### Employer Portion

| Description | Amount | YTD |
|---|---|---|
| Social Security | ($34.45) | ($34.45) |
| Medicare | ($8.06) | ($8.06) |
| CA Edu & Training | ($0.56) | ($0.56) |
| Federal Unemployment | ($3.33) | ($3.33) |
| CA State Unemployment | ($21.12) | ($21.12) |
| Total: | ($67.52) | ($67.52) |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Social Security | ($34.45) | ($34.45) |
| Medicare | ($8.06) | ($8.06) |
| Federal Income Tax | ($21.82) | ($21.82) |
| CA State Disability Ins. EE | ($5.56) | ($5.56) |
| Total: | ($69.89) | ($69.89) |

### Direct Deposit

| Account Name | Account Number | Amount |
|---|---|---|
| Direct Deposit 1 | *****2744 | ($485.77) |

### Accruals

| Description | Accrued | Used Hours | Balance | Net Amount |
|---|---|---|---|---|
| | | | | $485.77 |

Total Employee Deductions: $0.00
Total Taxes: ($69.89)
Total Wages: $555.66